Lecouna Cuban Boys, Inc., et al., Respondents, v. Kiamesha Concord, Inc., Defendant and Third-Party Plaintiff-Respondent. United States Fidelity and Guaranty Company, Third-Party Defendant-Appellant.

Submitted April 3, 1950; decided April 6, 1950.

*James M. Gilleran* and *John J. O'Connor* for motion.

*William A. Hyman* for plaintiffs-respondents, opposed.

*Morris M. Oppenheim* for defendant and third-party plaintiff-respondent, opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.